**STATE of Missouri, Respondent,**

v.

**Eugene WILLINGHAM, Appellant.**

No. 74764.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 15, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 3, 1999.

Application for Transfer Denied
Sept. 21, 1999.

Douglas R. Hoff, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Catherine Chatman, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals the judgment and sentence entered upon his conviction by a jury of possession of a controlled substance and assault in the third degree. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 30.25(b).